ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Friday, June 15, 2018 3:32:57 PM
CASE NUMBER: 2018 CV 02724 Docket ID: 32305256
RUSSELL M JOSEPH
CLERK OF COURTS MONTGOMERY COUNTY OHIO

IN THE COURT OF COMMON PLEAS

MONTGOMERY COUNTY, OHIO

| | |
|---|---|
| **MIAMI VALLEY HOSPITAL**<br>One Wyoming Street<br>Dayton, OH 45409<br><br>Plaintiff,<br><br>v.<br><br>**FIRSTHEALTH INSURANCE GROUP, CORPORATION**<br>c/o Registered Agent<br>**CT Corporation**<br>4400 Easton Commons Way<br>Suite 125<br>Columbus, OH 43218<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**COMPLAINT** |

NOW COMES Plaintiff, Miami Valley Hospital, by and through its counsel, and for its cause of action against Defendant, First Health, says that:

1. The within cause of action arose in Montgomery County, Ohio.

2. At all times relevant, Plaintiff, Miami Valley Hospital, was a not-for-profit corporation, registered in the State of Ohio, conducting business as a hospital.

3. At all times relevant, Defendant First Health Insurance Group, (hereinafter FirstHealth) was a corporation registered in the State of Ohio, conducting business as a health insurance carrier.

4. Plaintiff provided medical service to Defendant FirstHealth's insured, Logan Potter, from 03/30/2017 through 04/18/2017, further identified as patient account no.*****0459.

5. Following Logan Potter's discharge from the hospital, a bill for $300,845.59 was submitted to FirstHealth for services rendered to Logan Potter. A copy of the account statement is not attached to this Complaint in order to protect the patient's personal health information.



EXHIBIT A

However, a statement was provided to Defendant, and one will be provided to this Court upon request and under seal.

6. FirstHealth denied for being a secondary payer to Medicaid, in direct contradiction of Ohio law.

7. Defendant FirstHealth is indebted to Plaintiff in the amount of $300,845.59 for medical services rendered. Defendant First Health failed to pay the charges for this account.

8. Demand has been made upon Defendant to liquidate the balance; however, Defendant has failed to do so.

WHEREFORE, Plaintiff, Miami Valley Hospital, prays that this Court grant Plaintiff judgment against Defendant, First Health, in the amount of $300,845.59 together with interest at the statutorily allowed rate from the date of judgment and costs of the within action.

Respectfully submitted,

**DREYFUSS WILLIAMS & ASSOCIATES CO., L.P.A.**

By: _____
John F. Garswood (#0091434)
Michael T. Williams (#0059933)
1801 East Ninth Street, Suite 1110
Cleveland, Ohio 44114-3103
Phone: (216) 241-5300
Fax: (216) 241-2735
Email: jfgarswood@dreyfuss.com

*Attorneys for Plaintiff*